# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 25-20492

Harriet Payne et al. _____ vs. City of Houston, Texas

(Short Title)

The Clerk will enter my appearance as Counsel for Harriet Payne; Charles Payne, Jr.; Cavin Payne;

Stephanie Payne; Betty Morrison; Kizz Goins; Katania Dearborne; and Robert Payne

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae

☐ Appellant(s)  ☑ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ James E. Sherry _____ jsherry@mccathernlaw.com

(Signature) _____ (e-mail address)

James E. Sherry _____ Texas/24086340

(Type or print name) _____ (State/Bar No.)

_____

(Title, if any)

McCathern Shokouhi & Evans PLLC

(Firm or Organization)

Address 3710 Rawlins St., Suite 1600

City & State Dallas, Texas _____ Zip 75219

Primary Tel. (214) 741-2662 _____ Cell Phone: (972) 595-4514 _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** James E. Sherry

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

    (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

    ☐ Yes  ☑ No

    (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

    ☑ Yes  ☐ No

    (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

    ☑ Yes  ☐ No

    (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case No

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Payne et al. v. City of Houston, Texas, No. 4:23-cv-04686

Name of Court or Agency U.S. District Court, Southern District of Texas

Status of Appeal (if any) See attached

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.** _____ DKT-5A REVISED June 2023

Status of Appeal: The instant appeal is a partial interlocutory appeal taken from the District Court's denial of summary judgment on Plaintiffs' state law tort claim. It is anticipated that City of Houston, Texas will also appeal judgment on Plaintiffs' federal constitutional claim to be entered on jury verdict returned November 24, 2025 in the same case. Such judgment has not yet been entered or appeal noticed.