# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 13, 2026

Ms. Christy Lynn Martin
City of Houston
Legal Department
900 Bagby Street
4th Floor
Houston, TX 77002

Mr. James Eamonn Sherry
McCathern, P.L.L.C.
3710 Rawlins Street
Suite 1600
Dallas, TX 75219

No. 25-20492    Payne v. City of Houston, Texas
USDC No. 4:23-CV-4686

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Do not submit paper copies without a filing header.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Olivia G. Andry, Deputy Clerk

cc:
    Ms. Sarah Elizabeth Courtney
    Mr. Paul Ashley Grinke